# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SHAWN O'CONNOR

v.

LAW OFFICE OF HARRIS & ZIDE and FLINT COREY ZIDE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08 00907 JCS

*(E-FILING / ADR stamps)*

TO: (Name and address of defendant)

Law Offices of Harris & Zide
c/o Flint Corey Zide, General Partner
1445 Huntington Drive, Suite 300
South Pasadena, California 91030-4553

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE: FEB 1 3 2008

*(signature)*
(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

1  Fred W Schwinn, Bar No: 225575       (408) 294-6100
2  CONSUMER LAW CENTER
   12 S 1ST ST STE 1014
3  SAN JOSE, CA 95113-2403

4  Representing: Plaintiff              File No.C08-00907-JCS

                          United States District Court

                          Northern District of California

                                                                        BY FAX

   O'Connor
                                                  Case No: C08-00907-JCS

                  Plaintiff/Petitioner            Proof of Service of:
                        vs                          Summons, Complaint, Order Setting Initial Case
                                                    Management, Case Management Conference Order,
                                                    Standing Order, Contents of Joint Case
   Law Office of Harris & Zide, et al.             Management Statement, Notice Case Management
                                                    Conference, COnsent to Proceed before a United
                  Defendant/Respondent              States Magistrate Judge, Declination to Proceed
                                                  Service on:
                                                    Law Office of Harris & Zide


                                                    Hearing Date:
                                                    Hearing Time:
                                                    Div/Dept:

                                   PROOF OF SERVICE

FF# 6657076

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: O'Connor

DEFENDANT/RESPONDENT: Law Office of Harris & Zide, et al.

CASE NUMBER: C08-00907-JCS

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: C08-00907-JCS

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management, Case Management Conference Order, Standing Order, Contents of Joint Case Management Statement, Notice Case Management Conference, COnsent to Proc before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Request for Reassignment, ADR Packet

3. a. Party served: Law Office of Harris & Zide

   b. Person Served: Flint Corey Zide - Person authorized to accept service of process

4. Address where the party was served: 1445 Huntington Drive Suite 300
   South Pasadena, CA 91030

5. I served the party
   b. **by substituted service.** On (date): 2/19/2008    at (time): 9:30 AM   I left the documents listed in item 2 with or in the presence of: Alice Garcia
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Law Office of Harris & Zide

   under:   CCP 416.40 (association or partnership)

7. **Person who served papers**
   a. Name:   Pradip Kissoondyal
   b. Address:   One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 71.75
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/19/2008

Pradip Kissoondyal
*(NAME OF PERSON WHO SERVED PAPERS)*                    *(SIGNATURE)*

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6657076

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | (408) 294-6100 | |
| | Ref. No. or File No.<br>C08-00907-JCS | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

O'Connor

DEFENDANT:

Law Office of Harris & Zide, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>C08-00907-JCS |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 2/19/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> Summons, Complaint, Order Setting Initial Case Management, Case Management Conference Order, Standing Order, Contents of Joint Case Management Statement, Notice Case Management Conference, COnsent to Proceed before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Request for Reassignment, ADR Packet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

> Law Office of Harris & Zide
> Flint Corey Zide
> 1445 Huntington Drive, Suite 300
> South Pasadena, CA 91030

BY FAX

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 71.75

Anthony Espinosa
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/19/2008 at Los Angeles, California.

*[signature]*

Anthony Espinosa

FF# 6657076

# ONE LEGAL LLC
## CONFIRMATION For Service of Process



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6657076 | Date: | 2/19/2008 |
|---|---|---|---|

| | | |
|---|---|---|
| Customer | CONSUMER LAW CENTER | Attorney Fred W Schwinn |
| Customer No. | 0055054 | Attorney e-mail fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 1014 | Contact Fred W Schwinn |
| | SAN JOSE, CA  95113-2403 | Contact e-mail fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone (408) 294-6100 Ext 111 |
| | | Contact Fax (408) 294-6190 |
| | | Law Firm File Number C08-00907-JCS |

**Case Information:**

Case Number C08-00907-JCS
County SAN FRANCISCO
Court Northern District of California
Case Short Title O'Connor vs. Law Office of Harris & Zide, et al.

**Documents Received:**    No. Docs: 11  No. Pgs: 71

Summons, Complaint, Order Setting Initial Case Management, Case Management Conference Order, Standing Order, Contents of Joint Case Management Statement, Notice Case Management Conference, COnsent to Proceed before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Request for Reassignment, ADR Packet

Party to Serve: Law Office of Harris & Zide     Service address: 1445 Huntington Drive Suite 300

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Declaration of Diligence | 10.00 |
| | Copies | 17.75 |
| | Check No. | Total: 71.75 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.