# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SHAWN O'CONNOR

**E-FILING**

v.

**ADR**

LAW OFFICE OF HARRIS & ZIDE, and FLINT COREY ZIDE

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C08 00907 JCS**

TO: (Name and address of defendant)

Flint Corey Zide
Law Offices of Harris & Zide
1445 Huntington Drive, Suite 300
South Pasadena, California 91030-4553

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **FEB 1 3 2008**

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

1  Fred W Schwinn, Bar No: 225575          (408) 294-6100
2  CONSUMER LAW CENTER
   12 S 1ST ST STE 1014
3  SAN JOSE, CA 95113-2403

4  Representing: Plaintiff                 File No.C08-00907-JCS

5

6

7

8                              United States District Court

9                              Northern District of California

10

11                                                                    BY FAX

12  O'Connor
                                              Case No: C08-00907-JCS
13
                                              Proof of Service of:
14            Plaintiff/Petitioner
                                                 Summons, Complaint, Order Setting Initial Case
15                vs                             Management, Case Management Conference Order,
                                                 Standing Order, Contents of Joint Case
16  Law Office of Harris & Zide, et al.          Management Statement, Notice Case Management
                                                 Conference, COnsent to Proceed before a United
17            Defendant/Respondent               States Magistrate Judge, Declination to Proceed
18
                                              Service on:
19                                               Flint Corey Zide
20

21
                                              Hearing Date:
22
                                              Hearing Time:
23
                                              Div/Dept:
24

25

26

27

28


                                   PROOF OF SERVICE

FF# 6657077

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: O'Connor<br>DEFENDANT/RESPONDENT: Law Office of Harris & Zide, et al. | CASE NUMBER:<br>C08-00907-JCS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>C08-00907-JCS |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management, Case Management Conference Order, Standing Order, Contents of Joint Case Management Statement, Notice Case Management Conference, COnsent to Proc before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Request for Reassignment, ADR Packet

3. a. Party served: Flint Corey Zide

   b. Person Served: party in item 3a

   BY FAX

4. Address where the party was served: 1445 Huntington Drive Suite 300
   South Pasadena, CA  91030

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: 2/21/2008    (2) at *(time)*: 11:45 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name:            Pradip Kissoondyal
   b. Address:         One Legal - 194-Marin
                       504 Redwood Blvd #223
                       Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/22/2008

Pradip Kissoondyal
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6657077

# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6657077 | Date: | 2/22/2008 |
|---|---|---|---|

Customer CONSUMER LAW CENTER
Customer No. 0055054
Address 12 S 1ST ST STE 1014
SAN JOSE, CA 95113-2403

Attorney Fred W Schwinn
Attorney e-mail fred.schwinn@sjconsumerlaw.com
Contact Fred W Schwinn
Contact e-mail fred.schwinn@sjconsumerlaw.com
Contact Phone (408) 294-6100 Ext 111
Contact Fax (408) 294-6190
Law Firm File Number C08-00907-JCS

**Case Information:**

Case Number C08-00907-JCS
County SAN FRANCISCO
Court Northern District of California
Case Short Title O'Connor vs. Law Office of Harris & Zide, et al.

**Documents Received:** No. Docs: 11  No. Pgs: 71

Summons, Complaint, Order Setting Initial Case Management, Case Management Conference Order, Standing Order, Contents of Joint Case Management Statement, Notice Case Management Conference, COnsent to Proceed before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Request for Reassignment, ADR Packet

Party to Serve: Flint Corey Zide         Service address: 1445 Huntington Drive Suite 300

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Check No. | Total: 44.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.