Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SHAWN O'CONNOR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN O'CONNOR,<br><br>    Plaintiff,<br><br>v.<br><br>LAW OFFICE OF HARRIS & ZIDE, a general partnership, and FLINT COREY ZIDE, individually and in his official capacity,<br><br>    Defendants. | Case No. C08-00907-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, SHAWN O'CONNOR, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, SHAWN O'CONNOR, hereby dismisses, with prejudice, all claims made by him against Defendants, LAW OFFICE OF HARRIS & ZIDE and FLINT COREY ZIDE, in his Complaint filed herein on February 12, 2008. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    SHAWN O'CONNOR